Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–1315. LOCKE, GOVERNOR OF WASHINGTON, ET AL. *v.* DAVEY. C. A. 9th Cir. [Certiorari granted, 538 U. S. 1031.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–1348. OLYMPIC AIRWAYS *v.* HUSAIN, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HANSON, DECEASED, ET AL. C. A. 9th Cir. [Certiorari granted, 538 U. S. 1056.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 02–1646. HIGBEE CO., DBA DILLARD DEPARTMENT STORES, INC. *v.* CHAPMAN. C. A. 6th Cir.;
No. 02–1672. JACKSON *v.* BIRMINGHAM BOARD OF EDUCATION. C. A. 11th Cir.; and
No. 02–1865. 3M CO., FKA MINNESOTA MINING & MANUFACTURING CO. *v.* LEPAGE'S INC. ET AL. C. A. 3d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 02–6683. CASTRO *v.* UNITED STATES. C. A. 11th Cir. [Certiorari granted, 537 U. S. 1170.] Motion of petitioner for appointment of counsel granted, and Michael G. Frick, Esq., of Brunswick, Ga., is appointed to serve as counsel for petitioner in this case.

No. 02–9410. CRAWFORD *v.* WASHINGTON. Sup. Ct. Wash. [Certiorari granted, 539 U. S. 914.] Motion of petitioner for appointment of counsel granted, and Jeffrey L. Fisher, Esq., of Seattle, Wash., is appointed to serve as counsel for petitioner in this case.

No. 02–9872. IN RE MORRISON. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [538 U. S. 1030] denied.

No. 02–9889. IN RE MORRISON. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [538 U. S. 1030] denied.